UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN TEIXEIRA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF ALAMEDA; et al.,<br><br>        Defendants - Appellees. | No. 13-17132<br><br>D.C. No. 3:12-cv-03288-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Appellants' unopposed motion for a 14-day second extension of time to file the opening brief is granted. The opening brief is due March 14, 2014; the answering brief is due April 14, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Alihandra Totor
Deputy Clerk

Ninth Circuit Rules 27-7 and 27-10