UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN TEIXEIRA; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF ALAMEDA; et al.,<br><br>    Defendants - Appellees. | No. 13-17132<br><br>D.C. No. 3:12-cv-03288-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' motion for leave to file a late opening brief is granted. The Clerk shall file the opening brief received March 15, 2014. The answering brief is due April 14, 2014. The optional reply brief is due within 14 days after service of the answering brief.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
      and Ninth Circuit Rule 27-10