UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN TEIXEIRA; et al.,

        Plaintiffs - Appellants,

  v.

COUNTY OF ALAMEDA; et al.,

        Defendants - Appellees.

No. 13-17132

D.C. No. 3:12-cv-03288-WHO
U.S. District Court for Northern
California, San Francisco

**ORDER**

The amicus brief submitted by Citizens Committee for the Right to Keep and Bear Arms on March 21, 2014 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Liora Anis
                                      Deputy Clerk