IN THE
UNITED STATES COURT OF APPEAL
FOR THE NINTH CIRCUIT

JOHN TEIXEIRA; et al.,
*Plaintiffs - Appellants*,

vs.

COUNTY OF ALAMEDA; et al.,
*Defendants - Appellees.*

APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**APPELLANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

*Donald E. J. Kilmer, Jr.
CA State Bar No.: 179986
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: 408/264-8489
Fax: 408/264-8487
Don@DKLawOffice.com

*New Counsel of Record for Plaintiff - Appellants*

## NOTICE OF SUBSTITUTION

Please take notice that plaintiff/appellants hereby relieve

CHARLES HOKANSON as appellate counsel and substitute DONALD

KILMER as lead counsel in this action forthwith.

## DECLARATION OF SUBSTITUTE COUNSEL

I, Donald Kilmer, declare as follows:

1. I was lead trial counsel for this action in the District Court.

2. Mr. Charles Hokanson was hired as appellate counsel to prosecute the appeal in the Ninth Circuit. I continued to appear on the case for purposes of assisting in the appeal.

3. This notice of substitution was instigated on behalf of all named Plaintiff/Appellants after I received written and verbal instructions from them.

4. Based on continuity of counsel the Plaintiff/Appellants will not be prejudiced by this substitution.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 31, 2014.

  /s/ Donald Kilmer
Donald Kilmer, Attorney for Plaintiff/Appellants

---

## CERTIFICATE OF SERVICE

On March 31, 2014, I served the foregoing APPELLANTS' NOTICE OF SUBSTITUTION OF COUNSEL by electronically filing it with the Court's ECF/CM system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 31, 2014,

/s/ Donald Kilmer
Substitute Attorney of Record for Appellants