Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

NOTE: For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-17132

Case Name: Teixeira, et al. v. County of Alameda, et al.

The Clerk will enter my appearance as counsel on behalf of: County of Alameda

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Check if you are lead counsel.
Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*:

Name: Scott J. Feudale

Firm/Office: Office of the County Counsel, County of Alameda

Address: 1221 Oak Street, Suite 450

City: Oakland   State: CA   Zip Code: 94612

Email: scott.feudale@acgov.org   Re-enter Email: scott.feudale@acgov.org

Phone Number *(including area code)*: (510) 272-6700

Signature *(use "s/" format)*: /s/ Scott J. Feudale   Date: 5/13/15

9th Circuit Case Number(s) [ ]

NOTE: For readability and security, print the filled-in form to PDF (File > Print > PDF Printer/Creator).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on (date) May 21, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature (use "s/" format)   /s/ Lizette A. Figueroa

*************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on (date) [ ].

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

[ ]

Signature (use "s/" format) [ ]