# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 13-17132 |
| Case Title | John Teixeira, et al v. County of Alameda, et al |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 12/08/2015 | Time | 9:00 am | Courtroom | 3 |

| | |
|---|---|
| Location | 95 7th Street, San Francisco, California |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Scott J. Feudale |
| Address | Office of the County Counsel, County of Alameda<br>1221 Oak Street, Suite 450 |
| City | Oakland |
| State | CA |
| Zip Code | 94612 |
| Phone | (510) 272-6700 |
| Email Address | Scott.Feudale@acgov.org |
| Party/parties represented | Defendant, County of Alameda |
| Special needs you may require in the courtroom | |

☞ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

(●) I certify that I am admitted to practice before this Court.

( ) I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Scott J. Feudale | Date | 09/30/2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190