Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator).* You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-17132

Case Name: John Teixeira, et al. v. County of Alameda, et al.

List the name(s) of the party or parties you are representing: See Attachment A

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*:

Name: Robert M. Loeb

Firm/Office: Orrick, Herrington & Sutcliffe LLP

Address: 1152 15th Street NW

City: Washington   State: DC   Zip Code: 20005

Email: rloeb@orrick.com   Re-enter Email: rloeb@orrick.com

Phone Number *(including area code)*: (202) 339-8400

Signature *(use "s/" format)*: s/ Robert M. Loeb   Date: 6/8/2016

# ATTACHMENT A

## 9TH CIRCUIT CASE NO. 13-17132

County of Alameda; Alameda County Board of Supervisors, as a policy making body; Wilma Chan, in her official capacity; Nate Miley, in his official capacity and Keith Carson, in his official capacity

| 9th Circuit Case Number(s) | 13-17132 |

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* 6/8/2016 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* | s/ Robert M. Loeb

*********************************************************************************

## CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* _____ .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*