

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN TEIXEIRA; STEVE NOBRIGA; GARY GAMAZA; CALGUNS FOUNDATION, INC., (CGF); SECOND AMENDMENT FOUNDATION, INC., (SAF); CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, (Cal-FFL),<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY BOARD OF SUPERVISORS, as a policy making body; WILMA CHAN, in her official capacity; NATE MILEY, in his official capacity; KEITH CARSON, in his official capacity,<br><br>        Defendants - Appellees. | No. 13-17132<br><br>D.C. No. 3:12-cv-03288-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: O'SCANNLAIN, SILVERMAN, and BEA, Circuit Judges.

Appellees' Motion for a Further Extension of Time to File a Petition for Rehearing En Banc, filed with this court on June 13, 2016, is GRANTED.

Appellees' petition for rehearing en banc shall now be due on July 21, 2016.