

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN TEIXEIRA; STEVE NOBRIGA; GARY GAMAZA; CALGUNS FOUNDATION, INC., (CGF); SECOND AMENDMENT FOUNDATION, INC., (SAF); CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, (Cal-FFL), <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> COUNTY OF ALAMEDA; ALAMEDA COUNTY BOARD OF SUPERVISORS, as a policy making body; WILMA CHAN, in her official capacity; NATE MILEY, in his official capacity; KEITH CARSON, in his official capacity, <br><br> Defendants-Appellees. | No. 13-17132 <br><br> D.C. No. 3:12-cv-03288-WHO Northern District of California, San Francisco <br><br> ORDER |

Before: O'SCANNLAIN, SILVERMAN, and BEA, Circuit Judges.

Appellants are directed to file a response to the Petition for Rehearing or Rehearing En Banc, filed with this court on July 21, 2016. The response shall be filed within 21 days of the date of this order.

Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response plus 50 paper copies.