UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN TEIXEIRA; et al.,

        Plaintiffs - Appellants,

 v.

COUNTY OF ALAMEDA; et al.,

        Defendants - Appellees.

No. 13-17132

D.C. No. 3:12-cv-03288-WHO
U.S. District Court for Northern
California, San Francisco

**ORDER**

The amicus brief submitted by League of California Cities and California State Association of Counties on July 27, 2016 is filed.

Within 7 days of this order, amici curiae are ordered to file 20 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                              FOR THE COURT:  
                                              Molly C. Dwyer  
                                              Clerk of Court

                                              Khanh Thai  
                                              Deputy Clerk