No. 13-17132 [Dist Ct. No.: 3:12-CV-03288-WHO]

IN THE
UNITED STATES COURT OF APPEAL
FOR THE NINTH CIRCUIT

JOHN TEIXEIRA; et al.,
*Plaintiffs - Appellants*,

vs.

COUNTY OF ALAMEDA; et al.,
*Defendants - Appellees*.

APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPELLANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE
TO APPELLEES' PETITION FOR REHEARING
OR REHEARING EN BANC

Donald E. J. Kilmer, Jr.
CA State Bar No.: 179986
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: 408/264-8489
Fax: 408/264-8487
Don@DKLawOffice.com

# Unopposed Motion to Extend Time

On July 27, 2016, this Court issued an order that Appellants file a Response to the Appellees' Petition for Rehearing or Rehearing En Banc. (DktEntry 80) The current due date for that Response is August 17, 2016. There have been no previous requests for extensions of time to file Appellants' Response. Appellees have consented to an extension of that filing date to September 20, 2016.

Appellants hereby move this Court for an order that their Response be filed on or before September 20, 2016.

Respectfully Submitted on July 28, 2016.

/s/ Donald Kilmer
Attorney for Appellants

## CERTIFICATE OF SERVICE

On July 28, 2016, I served this UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLEES' PETITION FOR REHEARING OR REHEARING EN BANC by electronically filing it with the Court's ECF/CM system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct on this July 28, 2016.

/s/ Donald Kilmer
Attorney of Record for Appellants