UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN TEIXEIRA; STEVE NOBRIGA; GARY GAMAZA; CALGUNS FOUNDATION, INC., (CGF); SECOND AMENDMENT FOUNDATION, INC., (SAF); CALIFORNIA ASSOCIATION OF FEDERAL FIREARMS LICENSEES, (Cal-FFL),<br><br>  Plaintiffs-Appellants,<br><br>v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY BOARD OF SUPERVISORS, as a policy making body; WILMA CHAN, in her official capacity; NATE MILEY, in his official capacity; KEITH CARSON, in his official capacity,<br><br>  Defendants-Appellees. | No.   13-17132<br><br>D.C. No. 3:12-cv-03288-WHO<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: O'SCANNLAIN, SILVERMAN, and BEA, Circuit Judges.

Appellants' Unopposed Motion for an Extension of Time to File Response to Appellees' Petition for Rehearing or Rehearing En Banc, filed with this court on July 28, 2016, is GRANTED. Appellants' response shall now be due on September 20, 2016.