UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN TEIXEIRA; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>COUNTY OF ALAMEDA; et al.,<br><br>    Defendants - Appellees. | No. 13-17132<br><br>D.C. No. 3:12-cv-03288-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The amicus brief submitted by Erwin Chemerinsky on August 1, 2016 is filed.

Within 7 days of this order, amicus curiae is ordered to file 20 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - CM/ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Khanh Thai
Deputy Clerk